Carolyn Barnes, J.D., Ph.D.
419 Indian Trail
Leander, TX 78641
Barnes.legalguidance@gmail.com
(281) 467-8681

December 18, 2015

Ms. Liz Talerico, Deputy Clerk
Third Court of Appeals
PO Box 12547
Austin, Texas 78711

RE:  Cause No. D-1-GN-15-000877 on Appeal from Travis County
     Carolyn Barnes, et al v. Texas Attorney General, et al
     Numerous appeals arising out of various orders entered over past six
     months, including the following that are already pending in this court:
     Appellate Case No. 03-15-00593-CV;
     Appellate Case No. 03-15-00605-CV;
     Appellate Case No. 03-15-00630-CV;
     Appellate Case No. 03-15-00700-CV;
     Appellate Case No. 03-15-00719-CV;
     Appellate Case No. 03-15-00720-CV;
     All other Notices of Appeals filed in CAUSE NO. D-1-GN-15-00877
     REJECTED AND RETURNED, even those filed prior to November
     4, 2015.

Dear Ms. Talerico:

I am in receipt of your letter dated December 11, 2015. As per your request,
I am enclosing the letters sent to the Clerk and the Court Reporter requesting
the submission of one MASTER CLERK'S RECORD and one MASTER
COURT REPORTER'S RECORD.

These MASTER records will be filed for purposes of the above captioned
pending appeals and for use in all these appeals and the future appeals
arising out of this case.

RECEIVED

DEC 2 8 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

If you require anything further from me, please advise.

Thank you for your time and attention in this matter.

TIME IS OF THE ESSENCE.

Very truly yours,

Carolyn Barnes

Enclosures

Carolyn Barnes
419 Indian Trail
Leander, TX 78641


December 18, 2015


Trish Winkler
Civil Appeals Clerk II
Travis County District Clerk's Office
P.O. Box 679003
Austin, Texas 78767-9003


RE:     ONE MASTER CLERK'S RECORD FOR APPEAL
        Cause No. D-1-GN-15-000877
        Carolyn Barnes, et al v. Texas Attorney General, et al
        COA NO. 03-15-00719-CV Carolyn Barnes v. Dusty Humes;
        COA NO. 03-15-00700-CV Carolyn Barnes v. Richard Coons;
        COA NO. 03-15-00720-CV Carolyn Barnes v. Burt Carnes;
        COA NO. 03-15-00593-CV Carolyn Barnes v. Guilford Jones, John Delaney,
        Elizabeth Cunningham, and Marty Griffith;
        COA NO. 03-15-00605 Carolyn Barnes v. Texas Department of State Health
        Services and Texas Attorney General;
        COA NO. 03-15-00630 Carolyn Barnes v. Third Court of Appeals and Texas
        Supreme Court;
        ETC. and all other appeals to follow

Dear Trisha:

The Third Court of Appeals sent a letter dated December 11, 2015 in which they granted
my alternative requested relief to allow the filing of one MASTER CLERK'S RECORD
on appeal for all of the various appeals that have evolved and continue to flow out of the
above entitled cause.

I have not ever done a MASTER CLERK'S RECORD, but hopefully this will you're
your job much easier and save everyone a great deal of time and expense.

I am not quite sure how to designate it because the vase majority of the appeals have not
been assigned case numbers by the Third Court of Appeals as of yet.

I have listed the appeals that are currently pending in the Third Court of Appeals that
have been docketed and given case numbers.

RECEIVED

DEC 2 8 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

Please make up a MASTER CLERK'S RECORD for filing in the Third Court of Appeals. I would like to include everything that has been filed as of the time you compile the MASTER CLERK'S RECORD. I have just filed two more notices of appeal and would appreciate your including them as well. I tried to get everything filed so that you only have to do this once. However, there are still other hearings set for next year, but we will just have to file a supplement later to pick up the new pleadings, orders, etc. Please let me know if there is anything I need to file or do to assist you in this matter or make your job any easier. I really appreciate all that you have done to assist me in this arduous task.

This record is needed for appeal in the above entitled cause and request is made that you file it in the Third Court of Appeals at your earliest convenience.

*We previously filed the Affidavit of Inability to Pay Costs on Appeal.*

Thank you for your time and attention in this matter. If you have any problems, concerns, or questions, please contact me.

TIME IS OF THE ESSENCE.

Very truly yours,

Carolyn Barnes
Barnes.legalguidance@gmail.com

Carolyn Barnes
419 Indian Trail
Leander, TX 78641

December 18, 2015

Dora Canizales
419th District Court
P.O. Box 1748
Austin, TX 78767

RE:     ONE MASTER RECORDER'S RECORD for appeal in
        Cause No. D-1-GN-15-000877
        Carolyn Barnes, et al v. Texas Attorney General, et al

Dear Dora:

Please note that on December 11, 2015, the Third Court of Appeals granted my
alternative motion to file a MASTER RECORDER'S RECORD for purposes of appeal in
all of the appellate cases arising out of the above captioned cause.

This record is needed for appeal in all the cases on appeal that arose out of or that will
arise out of the above captioned cause. Currently, the pending appellate cases are:

        COA NO. 03-15-00719-CV Carolyn Barnes v. Dusty Humes;
        COA NO. 03-15-00700-CV Carolyn Barnes v. Richard Coons;
        COA NO. 03-15-00720-CV Carolyn Barnes v. Burt Carnes;
        COA NO. 03-15-00593-CV Carolyn Barnes v. Guilford Jones, John Delaney,
        Elizabeth Cunningham, and Marty Griffith;
        COA NO. 03-15-00605 Carolyn Barnes v. Texas Department of State Health
        Services and Texas Attorney General;
        COA NO. 03-15-00630 Carolyn Barnes v. Third Court of Appeals and Texas
        Supreme Court;

This is a formal request that you prepare the Court Reporter's Record for filing in the
above cases on appeal. Request is made that you file it in the Third Court of Appeals as
soon as possible.

This MASTER CLERK'S RECORD will serve as the record in all cases appeal in this
cause.

You were previously served with the Affidavit of Inability to Pay Costs on Appeal.

Thank you for your time and attention in this matter. If you have any problems, concerns, or questions, please contact me.

TIME IS OF THE ESSENCE.

Very truly yours,

Carolyn Barnes

Carolyn Barnes
419 Indian Trail
Leander, TX 78641

December 19, 2015

Dora Canizales
419th District Court
P.O. Box 1748
Austin, TX 78767

RE:   ONE MASTER RECORDER'S RECORD for appeal in
Cause No. D-1-GN-15-000877
Carolyn Barnes, et al v. Texas Attorney General, et al
COA NO. 03-15-00719-CV Carolyn Barnes v. Dusty Humes;
COA NO. 03-15-00700-CV Carolyn Barnes v. Richard Coons;
COA NO. 03-15-00720-CV Carolyn Barnes v. Burt Carnes;
COA NO. 03-15-00593-CV Carolyn Barnes v. Guilford Jones, John Delaney,
Elizabeth Cunningham, and Marty Griffith;
COA NO. 03-15-00605 Carolyn Barnes v. Texas Department of State Health
Services and Texas Attorney General;
COA NO. 03-15-00630 Carolyn Barnes v. Third Court of Appeals and Texas
Supreme Court;
And all subsequently docketed appeals arising out of D-1-GN-15-00877

Dear Dora:

As an addendum for clarification to my letter dated December 18, 2015, I am not real
sure of all the dates of the hearings, but here are the dates that I am fairly certain we had
hearings in this case:

July 2, 2015
July 16, 2015
July 28, 2015
August 5, 2015
August 18, 2015
September 9, 2015
September 21, 2015
September 22, 2015
October 6, 2015
October 20, 2015
November 10, 2015

This was a rapid fire blitzkrieg summary dismissal of all claims by ambush—without any discovery or other substantive due process—in order to deprive me of my forever inviolate right to a jury trial or any reasonable or meaningful avenue to vindicate the violation of constitutionally protected rights.

This is a formal request that you prepare the Master Court Reporter's Record for filing in the Third Court of Appeals as soon as possible.

This MASTER CLERK'S RECORD will serve as the record in all cases appealed in this cause.

You were previously served with the Affidavit of Inability to Pay Costs on Appeal.

Thank you for your time and attention in this matter. If you have any problems, concerns, or questions, please contact me.

TIME IS OF THE ESSENCE.

Very truly yours,

Carolyn Barnes

Carolyn Barnes
419 Indian Trail
Leander, TX 78641

December 18, 2015

Trish Winkler
Civil Appeals Clerk II
Travis County District Clerk's Office
P.O. Box 679003
Austin, Texas 78767-9003

RE:    COA No. 03-15-642-CV Dennis Tumlinson v. Carolyn Barnes
       Cause No. D-1-GN-15-000877
       Carolyn Barnes v. Texas Attorney General, et al

Dear Trish:

I am in receipt of the record you prepared for the defendant and filed with the Third Court of Appeals in the above cause. There were several matters left out of the record designation that are necessary for this appeal. Would you please prepare a supplemental Clerk's Record as soon as possible and file it with the Third Court of Appeals. Please include the following documents in the supplemental record:

First Amended Answer filed July 8, 2015;

Plaintiff's Motion to Enter a Default Judgment against DENNIS TUMLINSON filed on July 9, 2015. (There were several motions to enter default judgment filed on that date, but I only need the one concerning DENNIS TUMLINSON);

Noticed of Unequal Treatment Under the Law filed on July 9, 2015;

Motion to Remove Complex Case from Central Docket filed July 9, 2015;

Plaintiff's Motion for Continuance filed on July 10, 2015.

Plaintiff's Supplemental Objections, Motion to Strike, and Motion to Quash Travis County filed July 15, 2015;

Plaintiff's Supplemental Notice of Unequal Treatment filed on July 20, 2015;

Sworn Statement Under Declaration of Penalty of Perjury filed on July 27, 2015;

Statement Under Declaration of Penalty of Perjury filed on August 12, 2015;

Plaintiff's Brief in Support of Response to Motion to Dismiss filed August 14/18, 2015;

Defendant's Motion to Stay Discovery filed August 19, 2015;

Continuing Objections filed on August 20, 2015;

Plaintiff's Third Supplemental and Continuing Notice of Unequal Treatment filed on August 24, 2015;

Plaintiff's Objections, Motion to Strike, Motion to Quash and Response to Travis County Late-filed Supplement to Third Motion to Dismiss filed September 8, 2015;
Brief on Constitutional Rights filed on September 8, 2015;

All of these documents are needed for appeal in the above entitled cause and request is made that you file the Clerk's Record in the Third Court of Appeals at your earliest convenience.

We previously filed the Affidavit of Inability to Pay Costs on Appeal.

If you require anything further from me, if there are any deficiencies or defects in these documents or this filing procedure, please advise immediately.

Thank you for your time and attention in this matter. If you have any problems, concerns, or questions, please contact me.

TIME IS OF THE ESSENCE.

Very truly yours,

Carolyn Barnes
Barnes.legalguidance@gmail.com

Calvin Williames
4-H Indian Grad
Leader, TX 78041

AUSTIN TX 787
RIO GRANDE DISTRICT
21 DEC 2015 PM 1 T

USA

78711-2547

Ms. Liz Talerico, Deputy Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711